**EISENBERG RAIZMAN THURSTON & WONG LLP**
ADAM J. THURSTON (Bar No. 162636)
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone:  (310) 445-4405
Facsimile:   (310) 445-4410
E-mail:       athurston@ertwllp.com

**MCCARTER & ENGLISH LLP**
MICHAEL R. FRISCIA (*admitted pro hac vice*)
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:  (973) 622-4444
Facsimile:   (973) 624-7070
E-mail:       mfriscia@mccarter.com

Attorneys for Defendant
ASICS AMERICA CORPORATION

**LAW OFFICES OF R. RANDALL RICCARDO**
R. RANDALL RICCARDO
1459 18th Street, Apt 186
San Francisco, CA 94107
Telephone:  415-215-2951
Email: randall.ricardo@yahoo.com

Attorneys for Plaintiff
BLUE MARLIN CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MARLIN CORP., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>ASICS AMERICA CORP., a California Corporation and DOES 1 through 10,<br><br>Defendants. | Case No.: 4:06-CV-6150 SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, ASICS America Corporation and Blue Marlin Corp., by and through their respective counsel, hereby stipulate and agree that this action is dismissed without prejudice pursuant to the confidential settlement agreement entered into by the parties.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Date: October 30, 2007

**EISENBERG RAIZMAN THURSTON & WONG LLP**
Attorneys for Defendant

By: _____
     Adam J. Thurston

Date: _____

**LAW OFFICES OF R. RANDALL RICCARDO**
Attorneys for Plaintiff

By: _____
     R. Randall Riccardo

**ORDER OF DISMISSAL**

All parties to this action, having stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of this action, it is hereby ORDERED that:

This action is dismissed without prejudice.

Dated: _11/6/07                                  United States District Judge

*Saundra B. Armstrong*